IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MI SUN CHUN, | : | |
| Plaintiff, | : | |
| v. | : | |
| GEORGIA CHRISTIAN UNIVERSITY, INC., and DR. PAUL KIM, | : | CIVIL ACTION NO. 1:15-CV-1154-AT |
| Defendants. | : | |

**ORDER**

This matter is before the Court on Plaintiff's Motion to Dismiss Counterclaims and Motion for Attorney Fees Under O.C.G.A. § 13-6-11 [Doc. 15]. Defendants did not respond to Plaintiff's motion within fourteen days and thus, pursuant to this Court's Local Rules, the Court may deem the motion unopposed. LR 7.1(B), NDGa ((providing that the "[f]ailure to file a response shall indicate that there is no opposition to the motion"). Furthermore, the Court finds that the Motion to Dismiss is based upon proper legal authority. The Court therefore **GRANTS** Plaintiff's Motion to Dismiss [Doc. 15].

As for Plaintiff's Motion for Attorney Fees, the Court **DEFERS** ruling on that motion until it is presented with a proper itemization of fees. Plaintiff is **DIRECTED** to file a proper itemization of fees no later than September 11, 2015.

**IT IS SO ORDERED** this 2nd day of September, 2015.

                                              **Amy Totenberg**
                                              **United States District Judge**