IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MI SUN CHUN,                           :
                                       :
    Plaintiff,                         :
                                       :
v.                                     :
                                       :
GEORGIA CHRISTIAN                      :       CIVIL ACTION NO.
UNIVERSITY, INC., and DR. PAUL         :       1:15-CV-1154-AT
KIM,                                   :
                                       :
    Defendants.                        :

## **ORDER**

On September 2, 2015, the Court granted Plaintiff's Motion to Dismiss Defendants' Counterclaims. (Doc. 20.) The Court deferred ruling on Plaintiff's motion for attorney's fees pursuant to O.C.G.A. § 13-6-11. Plaintiff has since supplemented the record with an itemization of fees. (Doc. 21.)

Plaintiff seeks fees pursuant to O.C.G.A. § 13-6-11 for defending against what she considers frivolous counterclaims filed by Defendants. However, that statute does not provide for recovery of attorney's fees associated with only the defense of a claim or counterclaim. *See Lineberger v. Williams*, 393 S.E.2d 23, 26 (Ga. Ct. App. 1990) ("As to appellant's counterclaim, however, appellee was the defendant and he was, therefore, not entitled to seek attorney's fees pursuant to O.C.G.A. § 13-6-11 for his defense of that claim. '[D]efendants cannot recover attorney['s] fees against plaintiffs under [OCGA § 13-6-11]. [Cits.]' *DuBose v. Box*,

246 Ga. 660, 669-670(5), 273 S.E.2d 101 (1980)."); *see also Peery v. CSB Behavioral Health Sys.*, No. CV106-172, 2008 WL 4425364, at *22 (S.D. Ga. Sept. 30, 2008). Plaintiff has cited no other statutory or legal basis for her ability to recover attorney's fees for defending against the now-dismissed counterclaims.

Accordingly, the Motion for Attorney's Fees [Doc. 15] is **DENIED WITHOUT PREJUDICE**. Plaintiff may renew her motion for fees at the end of the case identifying any other grounds for such an award.

**IT IS SO ORDERED** this 6th day of October, 2015.

_____
**Amy Totenberg
United States District Judge**